JOSEPH HUNTLEY, Respondent, v. DRY DOCK, EAST BROADWAY AND BATTERY RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Smith and Greenbaum, JJ., dissenting.

JOHANNES LINDVIG, Respondent, v. CHRISTOFFER HANNEVIG, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HARRY B. JAMES and Another, Respondents, v. GORDON MILLER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CATHERINE MACKIN, Respondent, v. FRANK O. MANNING, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JULIA F. R. FRAZIER and Others, Respondents, v. MARY ANN HACKETT, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and the costs at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LAWLOR, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARBURG BROTHERS, INC., Respondent, v. JOSEPH K. LARKIN and Others, Doing Business under the Firm Name and Style of J. K. LARKIN & Co., Appellants.— Order affirmed, with ten dollars costs and disburse- ments. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAUD C. LYON, Respondent, v. FARMERS LOAN AND TRUST COMPANY OF NEW YORK and Another, as Executors and Trustees, etc., of WHITNEY LYON, Deceased, and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to serve amended answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES SPIEGELS.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.